UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Wafa Hubroman, Esq./WH9478
Fitzgerald & Associates, P.C.
649 Newark Avenue
Jersey City, NJ 07306
(201) 533-1100
Attorney for Debtors

In Re:

    Stanley Y. Goya and Gemma T. Goya

**Order Filed on April 28, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: _____16-32978-VFP_____

Chapter: _____13_____

Judge: _____Papalia_____

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

    The relief set forth on the following page is hereby **ORDERED.**

**DATED: April 28, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____ :

Property:    <u>173-175 West 30th Street Apt 1,  Bayonne, NJ 07002</u>

Creditor:    <u>Specialized Loan Servicing LLC</u>

and a Request for

☒    Extension of the 90 day Loss Mitigation Period having been filed by _____ Debtor _____,
and for good cause shown

☐    Early Termination of the Loss Mitigation Period having been filed by _____,
and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____ <u>June 19, 2017</u> _____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 16-32978-VFP
Stanley Y Goya                                                  Chapter 13
Gemma T Goya
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin           Page 1 of 1           Date Rcvd: May 01, 2017
                             Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2017.
db/jdb        Stanley Y Goya,   Gemma T Goya,    173-175 West 30th Street, Apt 1,    Bayonne, NJ  07002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2017                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
           Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MANA Series 2007-AF1
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
           for HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors, Inc.,
           Mortgage Pass-Through Certificates, MANA Series 2007-A nj_ecf_notices@buckleymadole.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Nicholas  Fitzgerald    on behalf of Debtor Stanley Y Goya nickfitz.law@gmail.com
          Nicholas  Fitzgerald    on behalf of Joint Debtor Gemma T Goya nickfitz.law@gmail.com
          Sarah J. Crouch    on behalf of Joint Debtor Gemma T Goya nickfitz.law@gmail.com,
           nadiafinancial@gmail.com
          Sarah J. Crouch    on behalf of Debtor Stanley Y Goya nickfitz.law@gmail.com,
           nadiafinancial@gmail.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Wafa  Hubroman    on behalf of Joint Debtor Gemma T Goya wafahubromanlaw@gmail.com,
           nadiafinancial@gmail.com;nickfitz.law@gmail.com
          Wafa  Hubroman    on behalf of Debtor Stanley Y Goya wafahubromanlaw@gmail.com,
           nadiafinancial@gmail.com;nickfitz.law@gmail.com
                                                                                    TOTAL: 10