Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−32978−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Stanley Y Goya
173−175 West 30th Street, Apt 1
Bayonne, NJ 07002

Gemma T Goya
173−175 West 30th Street, Apt 1
Bayonne, NJ 07002

Social Security No.:
xxx−xx−4409

xxx−xx−6579

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on July 10, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 33 − 31
Order Granting Application for Extension of Loss Mitigation (Related Doc # 31). Loss Mitigation Period Extended to: September 16, 2017. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/10/2017. (rah)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 10, 2017
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Stanley Y Goya
Gemma T Goya
    Debtors

Case No. 16-32978-VFP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jul 10, 2017
                     Form ID: orderntc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2017.
cr          +Specialized Loan Servicing LLC, as servicing agent,   P. O. Box 9013,   Addison, TX 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2017                                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MANA Series 2007-AF1 dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MANA Series 2007-A nj_ecf_notices@buckleymadole.com
          John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
          Marie-Ann  Greenberg     magecf@magtrustee.com
          Nicholas   Fitzgerald    on behalf of Debtor Stanley Y Goya nickfitz.law@gmail.com
          Nicholas   Fitzgerald    on behalf of Joint Debtor Gemma T Goya nickfitz.law@gmail.com
          Sarah J. Crouch    on behalf of Joint Debtor Gemma T Goya nickfitz.law@gmail.com, nadiafinancial@gmail.com;r53165@notify.bestcase.com
          Sarah J. Crouch    on behalf of Debtor Stanley Y Goya nickfitz.law@gmail.com, nadiafinancial@gmail.com;r53165@notify.bestcase.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
          Wafa   Hubroman    on behalf of Joint Debtor Gemma T Goya wafahubromanlaw@gmail.com, nadiafinancial@gmail.com;nickfitz.law@gmail.com
          Wafa   Hubroman    on behalf of Debtor Stanley Y Goya wafahubromanlaw@gmail.com, nadiafinancial@gmail.com;nickfitz.law@gmail.com
                                                                                                                                                                                     TOTAL: 11