| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>FITZGERALD & ASSOCIATES, P.C.<br>649 Newark Avenue<br>Jersey City, NJ 07306<br>By: Sarah J. Crouch. Esq. (SC 1174)<br>Phone: 201-533-1100<br>Attorney for the Debtor | Order Filed on July 10, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>STANLEY GOYA | Case No.:  16-32978<br>Chapter:  13<br>Judge:  Papalia |

### ORDER RESPECTING REQUEST FOR EXTENSION
### OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 10, 2017**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____ :

Property:    173-175 West 30th Street, Apt. 1, Bayonne, NJ 07002

Creditor:    Specialized Loan Servicing

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____the Debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____09/16/2017_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Stanley Y Goya  
Gemma T Goya  
    Debtors

Case No. 16-32978-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 1        Date Rcvd: Jul 10, 2017  
                         Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2017.  
db/jdb        Stanley Y Goya,   Gemma T Goya,   173-175 West 30th Street, Apt 1,   Bayonne, NJ   07002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2017 at the address(es) listed below:

        Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MANA Series 2007-AF1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MANA Series 2007-A nj_ecf_notices@buckleymadole.com  
        John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com, mortoncraigecf@gmail.com;mhazlett@mortoncraig.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Nicholas Fitzgerald    on behalf of Debtor Stanley Y Goya nickfitz.law@gmail.com  
        Nicholas Fitzgerald    on behalf of Joint Debtor Gemma T Goya nickfitz.law@gmail.com  
        Sarah J. Crouch    on behalf of Joint Debtor Gemma T Goya nickfitz.law@gmail.com, nadiafinancial@gmail.com;r53165@notify.bestcase.com  
        Sarah J. Crouch    on behalf of Debtor Stanley Y Goya nickfitz.law@gmail.com, nadiafinancial@gmail.com;r53165@notify.bestcase.com  
        U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
        Wafa Hubroman    on behalf of Joint Debtor Gemma T Goya wafahubromanlaw@gmail.com, nadiafinancial@gmail.com;nickfitz.law@gmail.com  
        Wafa Hubroman    on behalf of Debtor Stanley Y Goya wafahubromanlaw@gmail.com, nadiafinancial@gmail.com;nickfitz.law@gmail.com

                                                                                                                       TOTAL: 11