Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−32978−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Stanley Y Goya
173−175 West 30th Street, Apt 1
Bayonne, NJ 07002

Gemma T Goya
173−175 West 30th Street, Apt 1
Bayonne, NJ 07002

Social Security No.:
  xxx−xx−4409                              xxx−xx−6579

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:      9/7/17
Time:      02:00 PM
Location:  Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Fitzgerald & Associates, P.C.

COMMISSION OR FEES
$1,100.00

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: July 31, 2017
JAN:

                                                         Jeanne Naughton
                                                         Clerk

```
                        United States Bankruptcy Court
                              District of New Jersey
In re:                                                       Case No. 16-32978-VFP
Stanley Y Goya                                               Chapter 13
Gemma T Goya
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2          Date Rcvd: Jul 31, 2017
                              Form ID: 137             Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2017.
db/jdb         Stanley Y Goya,    Gemma T Goya,    173-175 West 30th Street, Apt 1,    Bayonne, NJ   07002
cr            ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
              (address filed with court:   Credit Acceptance Corporation,     25505 West 12 Mile Road,
                Southfield, MI   48034)
cr             +Specialized Loan Servicing LLC, as servicing agent,    P. O. Box 9013,    Addison, TX 75001-9013
516528749     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:   Fia Card Services,    PO Box 15723,    Wilmington, DE 19886-5726)
516528743      +Capital One N.a.,    Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
516528745      +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
516528746      +Ditech,   1525 S Belt Line Rd,    Coppell, TX 75019-4913
516528748      +Faloni & Associates LLC,    165 Passaic Ave, Suite 301B,    Fairfield, NJ 07004-3592
516528750      +Garden State Healthcare Assoc.,    Po Box 20503,    Newark, NJ 07101-5503
516617359      +HSBC Bank USA, N.A., Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516528753      +LVNV Funding LLC,    Po Box 15298,    Wilmington, DE 19850-5298
516528752      +Louis Soto Rios, Court Officer,    Po Box 8203,    North Bergen, NJ 07047-8203
516528754      +Midland Funding,    2365 Northside Dr,    Suite 300,    San Diego, CA 92108-2709
516528756      +Midland Funding LLC,    1037 Raymond Blvd Ste 710,    Newark, NJ 07102-5427
516528757      +Oxford Health Insurance Inc,    United Healthcare - Oxford,    4 Research Drive,
                Shelton, CT 06484-6280
516528761      +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
516528762      +Schachter Portnoy, LLC,    Attorneys at Law,    3490 U.S.Route 1, Suite 6,
                Princeton, NJ 08540-5920
516528763      +Shapiro & DeNardo, LLC,    Attorney at Law,    14000 Commerce Parkway, Suite B,
                Mount Laurel, NJ 08054-2242
516528764      +Specialized Loan Servicing/SLS,    Attn: Bankruptcy,    Po Box 636005,    Littleton, CO 80163-6005
516528765       University Radiology Group, PC,    PO Box 1075,    East Brunswick, NJ 08816-1075
516528766      +Vanz LLC,    577 Hamburg Turnpike,    Wayne, NJ 07470-2042
516586049      +Vanz, LLC,    c/o Fein Such Kahn & Shepard PC,    7 Century Dr., Suite 201,
                Parsippany, NJ 07054-4609
516528768      +Wells Fargo Bank, Na,    Mac F82535-02f,    Po Box 10438,    Des Moines, IA 50306-0438
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 31 2017 23:24:22      U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 31 2017 23:24:18      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516750487       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 31 2017 23:33:55
                American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                Oklahoma City, OK   73124-8838
516528744       E-mail/Text: bankruptcy@cavps.com Jul 31 2017 23:24:42      Cavalry Portfolio Services, LLC,
                PO Box 27288,    Tempe, AZ 85285-7288
516635143       E-mail/Text: bankruptcy@cavps.com Jul 31 2017 23:24:41      Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516528747      +E-mail/Text: bankruptcy.bnc@ditech.com Jul 31 2017 23:24:06      Ditech,   Attn: Bankruptcy,
                Po Box 6172,    Rapid City, SD 57709-6172
516528751      +E-mail/PDF: gecsedi@recoverycorp.com Jul 31 2017 23:28:16      GE Money Bank,   PO Box 960061,
                Orlando, FL 32896-0061
516761234       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 31 2017 23:28:21
                LVNV Funding LLC, C/O Resurgent Capital Services,     P.O. Box 10675,
                Greenville, SC 29603-0675
516528755      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 31 2017 23:24:17      Midland Funding LLC,
                8875 Aero Dr Suite 200,    San Diego, CA 92123-2255
516528758       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 31 2017 23:33:50
                Portfolio Recovery,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502
516528759       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 31 2017 23:33:50
                Portfolio Recovery Assoc LLC,    Attn: Bankruptcy,    Po Box 41067,   Norfolk, VA 23541
516528760       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 31 2017 23:33:55
                Portfolio Recovery Associates, LLC,    Po Box 12914,    Norfolk, VA 23541
516770346       E-mail/Text: bkdepartment@rtresolutions.com Jul 31 2017 23:24:31
                Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                Dallas, Texas 75247-4029
                                                                                              TOTAL: 13

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516528767     ##+Webbank,    215 South State Street, Suite 800,    Salt Lake City, UT 84111-2339
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jul 31, 2017
                              Form ID: 137             Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2017                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
               Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MANA Series 2007-AF1
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
               for HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors, Inc.,
               Mortgage Pass-Through Certificates, MANA Series 2007-A nj_ecf_notices@buckleymadole.com
              John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com;mhazlett@mortoncraig.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Nicholas Fitzgerald    on behalf of Joint Debtor Gemma T Goya nickfitz.law@gmail.com
              Nicholas Fitzgerald    on behalf of Debtor Stanley Y Goya nickfitz.law@gmail.com
              Sarah J. Crouch    on behalf of Debtor Stanley Y Goya nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;r53165@notify.bestcase.com
              Sarah J. Crouch    on behalf of Joint Debtor Gemma T Goya nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;r53165@notify.bestcase.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
              Wafa Hubroman    on behalf of Joint Debtor Gemma T Goya wafahubromanlaw@gmail.com,
               nadiafinancial@gmail.com;nickfitz.law@gmail.com
              Wafa Hubroman    on behalf of Debtor Stanley Y Goya wafahubromanlaw@gmail.com,
               nadiafinancial@gmail.com;nickfitz.law@gmail.com
                                                                                               TOTAL: 11