**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
44403
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for Credit Acceptance Corporation

**Order Filed on August 3, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

STANLEY GOYA
GEMMA GOYA

Case No.: 16-32978

Adv. No.:

Hearing Date: 7-6-17

Judge: VFP

## ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: August 3, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**Stanley and Gemma Goya**
**16-32978(VFP)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq., attorney for Credit Acceptance Corporation, with the appearance of Sarah Crouch, Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Credit Acceptance Corporation is the holder of a first purchase money security interest encumbering a 2015 Toyota RAV4 bearing vehicle identification number 2T3BFREV3FW378387 (hereinafter the "vehicle").

2. The debtors shall make all retail installment contract payments to Credit Acceptance Corporation when due, being the 4TH day of each month. In the event the debtors fail to make any payment for a period of 30 days after it falls due, Credit Acceptance Corporation shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtors and their attorney.

3. The debtors shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract. In the event of a lapse of insurance for any period of time without intervening coverage, Credit Acceptance Corporation shall receive stay relief to repossess and sell the vehicle by filing a certification that insurance has lapsed with the court and serving it upon the debtors and their attorney.

4. The debtors shall pay to Credit Acceptance Corporation through the plan, a counsel fee of $531 which shall be paid by the trustee as an administrative priority expense.

United States Bankruptcy Court
District of New Jersey

In re:  
Stanley Y Goya  
Gemma T Goya  
    Debtors

Case No. 16-32978-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 03, 2017  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2017.  
db/jdb         Stanley Y Goya,    Gemma T Goya,    173-175 West 30th Street, Apt 1,    Bayonne, NJ   07002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2017                                     Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2017 at the address(es) listed below:

         Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MANA Series 2007-AF1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent for HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MANA Series 2007-A nj_ecf_notices@buckleymadole.com  
         John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com, mortoncraigecf@gmail.com;mhazlett@mortoncraig.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Nicholas Fitzgerald    on behalf of Debtor Stanley Y Goya nickfitz.law@gmail.com  
         Nicholas Fitzgerald    on behalf of Joint Debtor Gemma T Goya nickfitz.law@gmail.com  
         Sarah J. Crouch    on behalf of Joint Debtor Gemma T Goya nickfitz.law@gmail.com, nadiafinancial@gmail.com;r53165@notify.bestcase.com  
         Sarah J. Crouch    on behalf of Debtor Stanley Y Goya nickfitz.law@gmail.com, nadiafinancial@gmail.com;r53165@notify.bestcase.com  
         U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
         Wafa Hubroman    on behalf of Joint Debtor Gemma T Goya wafahubromanlaw@gmail.com, nadiafinancial@gmail.com;nickfitz.law@gmail.com  
         Wafa Hubroman    on behalf of Debtor Stanley Y Goya wafahubromanlaw@gmail.com, nadiafinancial@gmail.com;nickfitz.law@gmail.com

                                                                                                                      TOTAL: 11