UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
FITZGERALD & ASSOCIATES, P.C.
649 Newark Avenue
Jersey City, NJ 07306
By: Sarah J. Crouch, Esq. (SC 1174)
Phone: 201-533-1100
Fax: 201-533-1111
Attorney for the Debtor

Order Filed on September 14, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

STANLEY GOYA
GEMMA GOYA

Case No.: 16-32978

Chapter: 13

Judge: Papalia

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 14, 2017**

Honorable Vincent F. Papalia
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Fitzgerald & Associates, P.C._____, the applicant, is allowed a fee of $ ____1100.00____ for services rendered and expenses in the amount of $ ____0.00____ for a total of $ ____1100.00____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ ____169.00____ per month for ____28____ months to allow for payment of the above fee.

*rev.8/1/15*