Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  16−32978−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Stanley Y Goya
173−175 West 30th Street, Apt 1
Bayonne, NJ 07002

Gemma T Goya
173−175 West 30th Street, Apt 1
Bayonne, NJ 07002

Social Security No.:
   xxx−xx−4409

   xxx−xx−6579

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on October 18, 2017.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 19, 2017
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-32978-VFP
Stanley Y Goya                                                        Chapter 13
Gemma T Goya
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2          Date Rcvd: Oct 19, 2017
                              Form ID: 148             Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2017.
```
db/jdb         Stanley Y Goya,    Gemma T Goya,    173-175 West 30th Street, Apt 1,    Bayonne, NJ  07002
cr            ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
               (address filed with court: Credit Acceptance Corporation,    25505 West 12 Mile Road,
                 Southfield, MI  48034)
cr             +Specialized Loan Servicing LLC, as servicing agent,    P. O. Box 9013,    Addison, TX 75001-9013
516528745      +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
516528746      +Ditech,   1525 S Belt Line Rd,    Coppell, TX 75019-4913
516528748      +Faloni & Associates LLC,    165 Passaic Ave, Suite 301B,    Fairfield, NJ 07004-3592
516528750      +Garden State Healthcare Assoc.,    Po box 20503,    Newark, NJ 07101-5503
516617359      +HSBC Bank USA, N.A., Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516528753      +LVNV Funding LLC,    Po Box 15298,    Wilmington, DE 19850-5298
516528752      +Louis Soto Rios, Court Officer,    Po Box 8203,    North Bergen, NJ 07047-8203
516528756      +Midland Funding LLC,    1037 Raymond Blvd Ste 710,    Newark, NJ 07102-5427
516528757      +Oxford Health Insurance Inc,    United Healthcare - Oxford,    4 Research Drive,
                 Shelton, CT 06484-6280
516528761      +Remex Inc,    307 Wall St,   Princeton, NJ 08540-1515
516528762      +Schachter Portnoy, LLC,    Attorneys at Law,    3490 U.S.Route 1, Suite 6,
                 Princeton, NJ 08540-5920
516528763      +Shapiro & DeNardo, LLC,    Attorney at Law,    14000 Commerce Parkway, Suite B,
                 Mount Laurel, NJ 08054-2242
516528764      +Specialized Loan Servicing/SLS,    Attn: Bankruptcy,    Po Box 636005,    Littleton, CO 80163-6005
516528765       University Radiology Group, PC,    PO Box 1075,    East Brunswick, NJ 08816-1075
516528766      +Vanz LLC,    577 Hamburg Turnpike,    Wayne, NJ 07470-2042
516586049      +Vanz, LLC,    c/o Fein Such Kahn & Shepard PC,    7 Century Dr., Suite 201,
                 Parsippany, NJ 07054-4609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 19 2017 21:12:42     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 19 2017 21:12:41      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516750487       EDI: AIS.COM Oct 19 2017 21:13:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
516528749       EDI: BANKAMER2.COM Oct 19 2017 21:13:00      Fia Card Services,    PO Box 15723,
                 Wilmington, DE 19886-5726
516528744       E-mail/Text: bankruptcy@cavps.com Oct 19 2017 21:12:45     Cavalry Portfolio Services, LLC,
                 PO Box 27288,    Tempe, AZ 85285-7288
516528743      +EDI: CAPITALONE.COM Oct 19 2017 21:13:00      Capital One N.a,    Attn: Bankruptcy,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
516635143      +E-mail/Text: bankruptcy@cavps.com Oct 19 2017 21:12:44     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516528747      +E-mail/Text: bankruptcy.bnc@ditech.com Oct 19 2017 21:12:40      Ditech,    Attn: Bankruptcy,
                 Po Box 6172,    Rapid City, SD 57709-6172
516528751      +EDI: RMSC.COM Oct 19 2017 21:13:00      GE Money Bank,    PO Box 960061,    Orlando, FL 32896-0061
516761234       EDI: RESURGENT.COM Oct 19 2017 21:13:00      LVNV Funding LLC, C/O Resurgent Capital Services,
                 P.O. Box 10675,    Greenville, SC 29603-0675
516528754      +EDI: MID8.COM Oct 19 2017 21:13:00      Midland Funding,    2365 Northside Dr,    Suite 300,
                 San Diego, CA 92108-2709
516528755      +EDI: MID8.COM Oct 19 2017 21:13:00      Midland Funding LLC,    8875 Aero Dr Suite 200,
                 San Diego, CA 92123-2255
516528758       EDI: PRA.COM Oct 19 2017 21:13:00      Portfolio Recovery,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502
516528759       EDI: PRA.COM Oct 19 2017 21:13:00      Portfolio Recovery Assoc LLC,    Attn: Bankruptcy,
                 Po Box 41067,    Norfolk, VA 23541
516528760       EDI: PRA.COM Oct 19 2017 21:13:00      Portfolio Recovery Associates, LLC,    Po Box 12914,
                 Norfolk, VA 23541
516770346       E-mail/Text: bkdepartment@rtresolutions.com Oct 19 2017 21:12:44
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
516528767      +EDI: BLUESTEM Oct 19 2017 21:13:00      Webbank,    215 South State Street, Suite 800,
                 Salt Lake City, UT 84111-2339
516528768      +EDI: WFFC.COM Oct 19 2017 21:13:00      Wells Fargo Bank, Na,    Mac F82535-02f,    Po Box 10438,
                 Des Moines, IA 50306-0438
                                                                                              TOTAL: 18
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Oct 19, 2017
                              Form ID: 148             Total Noticed: 37
```

              ***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2017 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association as Trustee for
           Merrill Lynch Mortgage Investors, Inc., Mortgage Pass-Through Certificates, MANA Series 2007-AF1
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC, as servicing agent
           for HSBC Bank USA, National Association as Trustee for Merrill Lynch Mortgage Investors, Inc.,
           Mortgage Pass-Through Certificates, MANA Series 2007-A nj_ecf_notices@buckleymadole.com
          John R. Morton, Jr.    on behalf of Creditor    Credit Acceptance Corporation
           ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Nicholas Fitzgerald    on behalf of Joint Debtor Gemma T Goya nickfitz.law@gmail.com
          Nicholas Fitzgerald    on behalf of Debtor Stanley Y Goya nickfitz.law@gmail.com
          Sarah J. Crouch    on behalf of Debtor Stanley Y Goya nickfitz.law@gmail.com,
           nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com
          Sarah J. Crouch    on behalf of Joint Debtor Gemma T Goya nickfitz.law@gmail.com,
           nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Wafa  Hubroman    on behalf of Joint Debtor Gemma T Goya wafahubromanlaw@gmail.com,
           nadiafinancial@gmail.com;nickfitz.law@gmail.com
          Wafa  Hubroman    on behalf of Debtor Stanley Y Goya wafahubromanlaw@gmail.com,
           nadiafinancial@gmail.com;nickfitz.law@gmail.com
                                                                                             TOTAL: 11
```